TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, Arizona 85028
Telephone: (408) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Marcos Lorenzo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Marcos Lorenzo,<br><br>         Plaintiff,<br><br>    vs.<br><br>Performant Recovery, Inc.; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 3:14-cv-04460-EMC<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Having read the Parties' Stipulation to Continue Initial Case Management Conference Currently Set for February 12, 2015, and good cause appearing, **IT IS HEREBY ORDERED** that the Initial Case Management Conference shall be continued to March 12, 2015, at 9:30 a.m., or ~~the first available date thereafter that is convenient for this Court:~~ _____. CMC statement due a week before the hearing.

Date: 1/30/15  _____

Judge: Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

- 5 -   [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE